OLIVER WILLIAMS & CO. *versus* GEORGE McDOUGALL

. . . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1815–17): *Journal 2:* (1) Referred *p. 460; (2) settled *p. 529.
PAPERS IN FILE: (1) Agreement to refer; (2) copy of rule of reference.
*Office Docket,* MS p. 31, c. 75; p. 42, c. 55.

UNITED STATES *versus* RICHARD SMYTH

JOURNAL ENTRIES (1815): *Journal 2:* (1) Plea, 14 jurors sworn, panel set aside, another jury sworn, verdict, judgment *p. 461.
PAPERS IN FILE: (1) Indictment.

UNITED STATES *versus* GEORGE McDOUGALL

JOURNAL ENTRIES (1815): *Journal 2:* (1) Plea, jury trial, verdict *p. 462; (2) sentence *p. 487.
PAPERS IN FILE: (1) Indictment; (2) capias and return; (3) subpoena.